UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Appellant, | ) | 1:03-cv-6673 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| ERNIE ESCARSEGA, et al., | ) | ORDER DISMISSING DEFENDANT |
| | ) | JERRY BAILEY AND |
| | ) | TERMINATING CASE |
| Defendant | ) | |

Pursuant to the request for voluntary dismissal filed by the plaintiff, this matter is hereby dismissed without prejudice as to defendant Jerry Bailey.  Each party is to bear their own costs and attorney fees.

As this is the last remaining defendant in the action, this case is terminated.

Dated: August 2, 2005                    /s/ OLIVER W. WANGER
                                         _____
                                         OLIVER W. WANGER
                                         United States District Judge

1